# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| EXPRESS SCRIPTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 1:10-mc-0004 |
| ) | Judge Trauger |
| MAURY COUNTY, TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Witnesses Jeffrey Beemer, Alan Fister and Mark Nolan have filed an "Entry of Appearance" (Docket No. 1), which is, in fact, a motion to quash subpoenas served upon them and issued by this court, pursuant to Rule 45(c)(3)(A), FED. R. CIV. P. The motion is well taken. The subpoenas failed to allow a reasonable time for these witnesses to comply, require them to travel more than 100 miles from their residence and places of business and subject them to an undue burden. Rule 45(c)(3)(A)(i), (ii) and (iv). FED. R. CIV. P. For these reasons, the filing, which the court interprets as a motion to quash, is **GRANTED**, and the subpoenas issued by this court for these three witnesses are herein **QUASHED**.

It is so **ORDERED**.

ENTER this 1st day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge